UNITED STATES DISTRICT COURT:
SOUTHERN DISTRICT OF NEW YORK

---

JORGE VASQUEZ

                                                            Plaintiff,

-against-

UNITED STATES OF AMERICA, UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION and "DEA AGENT JOHN DOE"

                                                            Defendants.

Case # 07CIV9813

---

STATE OF NEW YORK, COUNTY OF NEW YORK

      GEORGE RUSH, being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York.

That on the 16th day of November, 2007 at 3:18 P.M.
at 99 Tenth Avenue, New York, NY 10011

I served the summons in a civil action and plaintiff's complaint annexed hereto

Upon UNITED STATES DRUG ENFORCEMENT ADMINISTRATION
the defendant therein named - received by DEA-DUTY AGENT (see signed signature) a true copy of each thereof.

Deponent describes person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

Sex: <u>female</u>   Color: <u>black</u>   Hair: <u>black</u>   Age: <u>40</u>   Ht: <u>5'5"</u>   Wt: <u>160</u>

Sworn to before me this
19th day of November, 2007

GEORGE RUSH
Lic. No. 0791734

SHIRLEY GAMBOA
Notary Public, State of New York
No. 01GA5030849
Qualified In New York County
Commission Expires July 25, 2010

UNITED STATES DISTRICT COURT:
SOUTHERN DISTRICT OF NEW YORK

---

JORGE VASQUEZ

                                                    **Plaintiff,**

-against-

UNITED STATES OF AMERICA, UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION and "DEA AGENT JOHN DOE"

                                                    **Defendants.**

**Case # 07CIV9813**

---

STATE OF NEW YORK, COUNTY OF NEW YORK

       GEORGE RUSH, being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York.

That on the 20th day of November, 2007 at 1:43 P.M.
at 86 Chambers Street-3rd Floor, New York, NY 10007 - U.S. Attorney's SDNY - Civil Division

I served the summons in a civil action and plaintiff's complaint annexed hereto

Upon UNITED STATES OF AMERICA
the defendant therein named - received by LISA AHEARN, Civil Clerks Unit (see signed signature) a true copy of each thereof.

Deponent describes person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

Sex: <u>female</u>   Color: <u>white</u>   Hair: <u>blonde</u>   Age: <u>35</u>   Ht: <u>5'6"</u>   Wt: <u>200</u>

Sworn to before me this
20th day of November, 2007

                                    GEORGE RUSH
                                    Lic. No. 0791734

SHIRLEY GAMBOA
Notary Public, State of New York
No. 01GA5030849
Qualified in New York County
Commission Expires July 25, 2010

UNITED STATES DISTRICT COURT:
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

JORGE VASQUEZ

                                                           **Plaintiff,**

-against-

UNITED STATES OF AMERICA, UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION and "DEA AGENT JOHN DOE"

                                                           **Defendants.**

                              Case # 07CIV9813
-----------------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK

      GEORGE RUSH, being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York.

That on the 16th day of November, 2007 at 3:18 P.M.
at 99 Tenth Avenue, New York, NY 10011

I served the summons in a civil action and plaintiff's complaint annexed hereto

Upon UNITED STATES DRUG ENFORCEMENT ADMINISTRATION
the defendant therein named - received by DEA-DUTY AGENT (see signed signature) a true copy of each thereof.

Deponent describes person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

Sex: <u>female</u>   Color: <u>black</u>   Hair: <u>black</u>   Age: <u>40</u>   Ht: <u>5'5"</u>   Wt: <u>160</u>

Sworn to before me this
19th day of November, 2007

                                                    GEORGE RUSH
                                                    Lic. No. 0791734

SHIRLEY GAMBOA
Notary Public, State of New York
No. 01GA5030849
Qualified in New York County
Commission Expires July 25, 2010

UNITED STATES DISTRICT COURT:
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

JORGE VASQUEZ

                                         **Plaintiff,**

-against-

UNITED STATES OF AMERICA, UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION and "DEA AGENT JOHN DOE"

                                          **Defendants.**

Case # 07CIV9813
---------------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK

      GEORGE RUSH, being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York.

That on the 16th day of November, 2007 at 3:18 P.M.
at 99 Tenth Avenue, New York, NY 10011

I served the summons in a civil action and plaintiff's complaint annexed hereto

Upon UNITED STATES DRUG ENFORCEMENT ADMINISTRATION
the defendant therein named - received by DEA-DUTY AGENT (see signed signature) a true copy of each thereof.

Deponent describes person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

Sex: <u>female</u>  Color: <u>black</u>  Hair: <u>black</u>    Age: <u>40</u>   Ht: <u>5'5"</u>   Wt: <u>160</u>

Sworn to before me this
19th day of November, 2007

                                       GEORGE RUSH
                                       Lic. No. 0791734

SHIRLEY GAMBOA
Notary Public, State of New York
No. 01GA5030849
Qualified in New York County
Commission Expires July 25, 2010

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED STATES OF AMERICA
U.S. ATTORNEY'S SDNY
950 PENNSYLVANIA AVENUE N.W.
WASHINGTON, DC. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Earnest L Parker*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  NOV 2 3 2007  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
RE 129 645 376 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| <ul><li>Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.</li><li>Print your name and address on the reverse so that we can return the card to you.</li><li>Attach this card to the back of the mailpiece, or on the front if space permits.</li></ul> | A. Signature  X *M Branch*  ☐ Agent  ☐ Addressee <br> B. Received by (*Printed Name*): M Branch  C. Date of Delivery: 11/29/07 |
| 1. Article Addressed to:<br><br>UNITED STATES DRUG<br>ENFORCEMENT ADMINISTRATION<br>(US DEA)<br>800 K STREET NW-SUITE 500<br>WASHINGTON, DC. 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*) | RE 152 345 629 US |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540