## <u>CERTIFICATE OF SERVICE</u>

I, Kristin L. Vassallo, an Assistant United States Attorney for the Southern District of New York, hereby certify that on January 22, 2008, I caused a copy of the foregoing Answer to be served by first class mail upon the following individual:

Michael D'Agostino, Esq.
Becker & D'Agostino, P.C.
880 Third Avenue
New York, New York 10022

Dated: New York, New York
        January 22, 2008


    /s/ Kristin Vassallo
KRISTIN L. VASSALLO
Assistant United States Attorney