UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JORGE VASQUEZ,

                Plaintiff,

       v.

UNITED STATES OF AMERICA, UNITED
STATES DRUG ENFORCEMENT
ADMINISTRATION, and "DEA AGENT
JOHN DOE,"

                Defendants.
------------------------------------------------------------ x

07 Civ. 9813 (LAK)
Electronically Filed

NOTICE OF APPEARANCE

TO:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to enter his appearance in this case on behalf of defendants, replacing Assistant United States Attorney Kristin L. Vassallo, and to add the undersigned as a Lead Attorney to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         April 2, 2008

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                Southern District of New York
                                Attorney for Defendants

                 By:    /s/ Joseph N. Cordaro
                                JOSEPH N. CORDARO
                                Assistant United States Attorney
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Telephone: (212) 637-2745
                                Facsimile: (212) 637-2686
                                Email: joseph.cordaro@usdoj.gov

<u>Vasquez v. USA</u>
07 Civ. 10948 (LAK)

**CERTIFICATE OF SERVICE**

I, Joseph N. Cordaro, an Assistant United States Attorney for the Southern District of New York, hereby certify that on April 2, 2008, I caused a copy of the foregoing Notice of Appearance to be served by First Class Mail upon the following:

Michael D'Agostino
Becker & D'Agostino, P.C.
880 Third Avenue
New York, NY 10022

Dated: New York, New York
April 2, 2008

_____
JOSEPH N. CORDARO
Assistant United States Attorney