```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JORGE VASQUEZ,

        Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION, and "DEA AGENT
JOHN DOE,"

        Defendants.
-----------------------------------------------------------x

07 Civ. 9813 (LAK) (THK)

CONSENT TO PROCEED
BEFORE UNITED STATES
MAGISTRATE JUDGE

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct any and all further proceedings in this action, including the trial, order the entry of final judgment, and conduct all post-judgment proceedings.

    2. Any appeal from a judgment entered in this case will lie to the United States Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

| | |
|---|---|
| BECKER & D'AGOSTINO, P.C.<br>*Attorneys for Plaintiff*<br><br>By: _____<br>MICHAEL D'AGOSTINO<br>880 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 752-3380<br>Facsimile: (212) 593-3807<br>Email: mdag.esq@verizon.net | MICHAEL J. GARCIA<br>United States Attorney for the<br>Southern District of New York<br>*Attorney for Defendants*<br><br>By: _____<br>JOSEPH N. CORDARO<br>Assistant United States Attorney<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Telephone: (212) 637-2745<br>Facsimile: (212) 637-2686<br>Email: joseph.cordaro@usdoj.gov |

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to the Honorable Theodore H. Katz, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73:

_____4/9/04_____        _____
Date                                         Hon. Lewis A. Kaplan, U.S.D.J.