

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JORGE VASQUEZ,

          Plaintiff,

v.

UNITED STATES OF AMERICA, UNITED
STATES DRUG ENFORCEMENT
ADMINISTRATION, and "DEA AGENT
JOHN DOE,"

          Defendants.
------------------------------------------------------------- x

07 Civ. 9813 (THK)
ECF Case

### REVISED CONSENT SCHEDULING ORDER

Plaintiff Jorge Vasquez and defendants United States of America, Federal Drug Enforcement Administration, and "DEA Agent John Doe," by and between their respective counsel, hereby stipulate as follows:

1. The parties shall make required Fed. R. Civ. P. 26(a)(2) disclosures with respect to:

    Expert witnesses on or before **June 18, 2008**;

    Rebuttal expert witnesses on or before **July 2, 2008**.

2. All discovery, including depositions of experts, shall be completed on **July 16, 2008**.

3. A joint pre-trial order in the form prescribed in the Court's individual practices shall be filed on or before **August 15, 2008**.

4. Pursuant to Paragraph 3.B.ii and 3.B.iii of the Court's individual practices, the parties shall file statements of the elements of each claim or defense, pre-trial memoranda, and motions *in limine* on or before **September 15, 2008.**

5.  No motion for summary judgment shall be served after the deadline fixed for submission of the pre-trial order, unless otherwise directed by the Court.

Dated: New York, New York
     April ____, 2008

BECKER & D'AGOSTINO, P.C.
*Attorneys for Plaintiff*

By: _____
MICHAEL D'AGOSTINO
880 Third Avenue
New York, New York 10022
Telephone: (212) 752-3380
Facsimile: (212) 593-3807
Email: mdag.esq@verizon.net

Dated: New York, New York
     April 17, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: _____
JOSEPH N. CORDARO
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
Email: joseph.cordaro@usdoj.gov

SO ORDERED.

Dated: New York, New York
     April 18, 2008

_____
HON. THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE