UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JORGE VASQUEZ,

          Plaintiff,

    v.

UNITED STATES OF AMERICA,
UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION,
and "DEA AGENT JOHN DOE,"

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF Case

**ORDER**

07 Civ. 9813 (THK)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/5/08]

      WHEREAS, the defendants in the above-captioned action wish to depose plaintiff Jorge Vasquez, who is currently an inmate in the custody of the Federal Bureau of Prisons,

      IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that the deposition upon oral examination of Jorge Vasquez may be taken at the Metropolitan Detention Center in Brooklyn, New York, or such other place where Mr. Vasquez may be confined or transported, on any date prior to the close of discovery in this matter.

Dated: New York, New York
       May 5, 2008

                                          _____
                                          HON. THEODORE H. KATZ
                                          UNITED STATES MAGISTRATE JUDGE