```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JORGE VASQUEZ,

                Plaintiff,

  - against -

UNITED STATES OF AMERICA,
UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION,
and "DEA AGENT JOHN DOE,"

                Defendants.
------------------------------------------------------x

07 Civ. 9813 (THK)
ECF Case

**ORDER**

WHEREAS, plaintiff Jorge Vasquez (Reg. No. 57778-054) ("plaintiff") presently is in the custody of the Federal Bureau of Prisons and incarcerated at the Metropolitan Detention Center Brooklyn, 80 29th Street, Brooklyn, New York ("MDC Brooklyn"); and

WHEREAS, in connection with the above-titled proceeding, defendants wish plaintiff to submit to a physical examination by Harry Goldmark, M.D., New City Orthopedic Group, P.C., 350 South Main Street, New City, New York 10956 ("Dr. Goldmark"); and

WHEREAS, counsel for defendants has conferred with counsel for plaintiff, who has consented to this examination;

IT IS HEREBY ORDERED that:

1. Pursuant to Fed. R. Civ. P. 35(a), plaintiff shall submit to a general physical examination to be conducted by Dr. Goldmark. This examination shall take place at the MDC Brooklyn, on July 23, 2008, at 8:30 a.m.

2. This examination shall include an examination of the alleged injuries and conditions in controversy in this action, and any and all other tests which are ordinarily deemed a part of a general physical examination. At the time of said examination, plaintiff shall answer all proper questions put to him by the examiner, including occupational history and prior injuries and diseases for the purpose of making a proper diagnosis of plaintiff's medical condition.

3. If, for any reason, this examination cannot take place on July 23, 2008, counsel have agreed, and the Court orders, that the examination shall take place at MDC Brooklyn on July 25, 2008, at 8:30 a.m.

4. Defendants shall bear the cost of this examination.

SO ORDERED.

Dated:   New York, New York
        July _/7_, 2008

_____
HON. THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE